No. 04–9760. WOODBERRY *v.* BRUCE, WARDEN, ET AL.; and

No. 04–9761. WOODBERRY *v.* BRUCE, WARDEN, ET AL. C. A. 10th Cir. Motions of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. Reported below: 124 Fed. Appx. 623.

No. D–2389. IN RE DISBARMENT OF FITZGERALD. Disbarment entered. [For earlier order herein, see 543 U. S. 1045.]

No. D–2390. IN RE DISBARMENT OF WOOD. Disbarment entered. [For earlier order herein, see 543 U. S. 1045.]

No. D–2395. IN RE DISBARMENT OF HALL. Disbarment entered. [For earlier order herein, see 543 U. S. 1139.]

No. D–2396. IN RE DISBARMENT OF RUSSO. Disbarment entered. [For earlier order herein, see 543 U. S. 1139.]

No. D–2397. IN RE DISBARMENT OF McCOLLOUGH. Disbarment entered. [For earlier order herein, see 543 U. S. 1139.]

No. D–2398. IN RE DISBARMENT OF OLDS. Disbarment entered. [For earlier order herein, see 543 U. S. 1139.]

No. D–2399. IN RE DISBARMENT OF NEUMAN. Disbarment entered. [For earlier order herein, see 543 U. S. 1139.]

No. D–2400. IN RE DISBARMENT OF KARTEN. Disbarment entered. [For earlier order herein, see 543 U. S. 1139.]

No. D–2401. IN RE DISBARMENT OF LAUDUMIEY. Disbarment entered. [For earlier order herein, see 543 U. S. 1139.]